650

391 A.2d 710

Liberty Hose & Supply, Inc. v. Three Rivers
Enterprises, Inc., Appellant.

Submitted April 18, 1978. Arthur H. Stroyd,
Jr., and Reed, Smith, Shaw & McClay, for appellant; Emil
R. Pecori, Jr., and Pecori & Pecori, for appellee.

Order affirmed.

391 A.2d 710

Miller, Appellant, v. Miller.

Argued March 20, 1978. Edward Greer,
with him Mesirov, Gelman, Jaffe, Cramer & Jamieson, for
appellant; Arthur L. Jenkins, Jr., with him Smith, Aker,
Grossman, Hollinger & Jenkins, for appellee.

OPINION PER CURIAM: Appeal quashed. No order
having been entered at the August 25, 1976, hearing, appellee could not be in contempt; assuming an order of August
25, 1976, the order of March 24, 1977, refusing to hold
appellee in contempt was final and therefore not susceptible
to exceptions.